**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-1001**

———————————

IN RE:  MINH VU HOANG,

              Debtor,

——————————————————

MINH VU HOANG,

              Defendant – Appellant,

        versus

UHY ADVISORS FLYS, INC.,

        Third Party Defendant – Appellee,

    and

GARY A. ROSEN,

        Trustee.

———————————

**No. 12-1003**

———————————

IN RE:  MINH VU HOANG; THANH HOANG

              Debtors,

————————————————————————————

MINH VU HOANG,

              Defendant – Appellant,

                    v.

GARY A. ROSEN; ROGER SCHLOSSBERG,

                Trustees - Appellees.

                        _____

                        **No. 12-1004**
                        _____

IN RE:  MINH VU HOANG,

                Debtor,
_____

MINH VU HOANG,

                Defendant – Appellant,

        versus

MARION A. HECHT; JEFFREY K. BERNSTEIN; GOODMAN SOLUTIONS, LLC; GOODMAN & COMPANY, LLP,

                Third Party Defendants – Appellees,

    and

ROGER SCHLOSSBERG; GARY A. ROSEN,

                Trustees.

                        _____

                        **No. 12-1005**
                        _____

In re:  MINH VU HOANG,

                Debtor,
_____

MINH VU HOANG,

                Defendant – Appellant,

2

versus

GARY A. ROSEN; TRUSTEE ROGER SCHLOSSBERG,

Third Party Defendants – Appellees,

and

GARY A. ROSEN, Individually; GARY A. ROSEN, Chartered,

Trustees.

---

Appeals from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:11-cv-02641-DKC; 8:11-cv-02642-DKC; 8:11-cv-02653-DKC; 8:11-cv-02654; 05-21078; 11-00001)

---

Submitted: May 31, 2012                    Decided: June 5, 2012

---

Before KING, DUNCAN, and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Minh Vu Hoang, Appellant Pro Se. Alan M. Grochal, Catherine Keller Hopkin, TYDINGS & ROSENBERG, LLP, Baltimore, Maryland; Gary A. Rosen, Rockville, Maryland; Roger Schlossberg, SCHLOSSBERG & ASSOCIATES, Hagerstown, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Minh Vu Hoang appeals the district court's orders dismissing as frivolous her appeal from the bankruptcy court's orders in the underlying proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hoang v. UHY Advisors FKYS, Inc., Nos. 8:11-cv-02641-DKC; 05-21078; 11-00001; Hoang v. Rosen, Nos. 8:11-cv-02642-DKC; 05-21078; 11-00001; Hoang v. Hecht, Nos. 8:11-cv-02653-DKC; 05-21078; 11-00001; Hoang v. Gary Rosen, Nos. 8:11-cv-02654-DKC; 05-21078; 11-00001; (D. Md. Dec. 13, 2011). We deny Hoang's motion to appoint counsel and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4